THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

IN ADMIRALTY

Case No. 8:23-cv-00142-MSS-TGW

IN THE MATTER OF:

**PARADISE FAMILY, LLC,** as owner, and **ANOTHER DAY IN PARADISE BOAT CLUB, LLC d/b/a FREEDOM BOAT CLUB** as owner *pro hac vice* of *Viper Paradise*, a 2020 SeaFox 200 motor vessel bearing hull identification number LYGEX129J920 and Florida Registration FL1700SN, together with its Engine, Tackle, Appurtenances, Equipment, & Etc., in a cause for Exoneration from or Limitation of Liability,

      Plaintiffs.

**PETITIONERS' UNOPPOSED MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT OF EXONERATION AGAINST ALL PERSONS AND ENTITIES WHO DID NOT RESPOND TO THE PETITION FOR EXONERATION OR LIMITATION**

Pursuant to 46 U.S.C. § 30501 *et seq.* and Supplemental Rule F(4), Petitioners, **Paradise Family, LLC,** as owner, and **Another Day In Paradise Boat Club, LLC d/b/a Freedom Boat Club** as owner *pro hac vice* of *Viper Paradise*, move for entry of an order of final default barring the filing of future claims by all persons and entities who did not timely respond, answer and/or make a claim. In support thereof, Petitioners state:

1. Petitioners instituted this action for exoneration from or limitation of liability on January 20, 2023. *See* Complaint for Exoneration from or Limitation of Liability. *See* ECF 1, Complaint.

2. Pursuant to 46 U.S.C. § 30501 *et seq.* and Supplemental Rule F, Petitioner seeks exoneration from or limitation of liability for all losses, property damage, personal injury and/or death alleged to have occurred in connection with an accident aboard the Vessel as more fully described in the Complaint.

3. On January 27, 2023, the Court entered an Order Approving the Ad Interim Stipulation and issuing Monition and Injunction. *See* ECF 10, Order Approving Ad Interim Stipulation and Directing Notice to all Persons Asserting Claims.  The Notice was issued on January 27, 2023. *See* ECF 13. This Order and the Notice required all claimants to file their respective claims and answers with the Clerk of Court on or before March 31, 2023, or be defaulted. *Id.*

4. Pursuant to Supplemental Rule F(4) and Local Admiralty Rule F, Petitioner published a copy of the Notice in the Tampa Bay Times, a daily newspaper printed and published in Hillsborough County, Florida, on February 8, 2023, February 15, 2023, February 22, 2023 and March 1, 2023. *See* ECF 14, Proof of Publication.

2

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131 · TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

5. On February 3, 2023, pursuant to Supplemental Rule F(4), Petitioner mailed and emailed a copy of the Complaint, Order Approving the Ad Interim Stipulation, and Notice to every known potential claimant and advised them the deadline for filing of an answer and/or claim herein was March 31, 2023. *See* ECF 15, Proof of Service.

6. The March 31, 2023, deadline has passed. No person or entity has sought more time to file a claim. And to-date only Claimant Nadja Goodrazi has presented claims. *See* ECF 16.

7. Petitioner sought a clerks' default against all persons and entities who did not timely respond to the petition for limitation. *See* ECF 19, Motion for Clerk Default. And the Clerk issued a Clerk's Default. *See* ECF 20, Clerk Default.

8. Accordingly, the Court should enter an order barring all persons and/or entities who did not timely respond from filing claims. *See Texas Gulf Sulphur Co. v. Blue Stack Towing Co.*, 313 F.2d 359, 361 (5th Cir. 1963) (affirming district court's entry of order noting default and denial of leave to file late claim *nunc pro tunc*); *see also In re Olympia Development Group, Inc.*, No. 8:09-cv-02230-VMC-AEP, Docket Entry 22 (M.D. Fla. Jan. 8, 2010); *Tanguis v. WESTCHESTER MV*, Nos. Civ. A. 01-449, Civ. A. 01-1558, Civ. A. 01-3559, 2003 WL 2004448, at *1 (E.D. La. Apr. 25, 2003); *In re Sause Bros.*

3

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131 · TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

*Ocean Towing*, No. Civ. 89-609-RE, 1992 WL 220674, at *2 n.1 (D. Or. Feb. 25, 1992).

9. The undersigned conferred with counsel for Claimant Goodrazi, who does not object to the relief sought.

10. A proposed Order and a proposed Judgment are attached.

Wherefore, Petitioners respectfully requests this Court enter an Order noting the default of all persons and entities who have failed to file claims and answers within the deadline and barring the filing of future claims against Petitioners or its motor vessel arising from the events at issue, as more fully set forth in the Complaint. And issue judgment exonerating Petitioners accordingly.

Respectfully submitted,

/s/ *David N. Gambach*
David N. Gambach, Esq.
Florida Bar No. 8540
Hamilton, Miller & Birthisel, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Phone (305) 379-3686 Fax (305) 379-3690
DGambach@HamiltonMillerLaw.com
EGutwein@HamiltonMillerLaw.com
JFlorin@HamiltonMillerLaw.com
JMendez@HamiltonMillerLaw.com
*Attorneys for Petitioners*

4

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131 · TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Monday, April 24, 2023, I electronically filed the foregoing document with the Clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/   *David N. Gambach*
David N. Gambach, Esq.

## Service List

**JASON R. MARGULIES**
Florida Bar No. 57916
jmargulies@lipcon.com

**GEOFFREY E. PROBST**
Florida Bar No. 505498
gprobst@lipcon.com

LIPCON, MARGULIES
& WINKLEMAN, P.A.
One Biscayne Tower, Suite 1776
2 S. Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204
*Attorneys for Claimant Goodarzi*